IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAIRE RISOLDI | : | CIVIL ACTION |
| v. | : | |
| WARDEN PAUL LAGANA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : | NO. 18-640 |

# ORDER

**AND NOW**, this 26th day of March, 2019, upon consideration of Petitioner's Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), Defendants' Response thereto, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Docket No. 9), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE**.

3. Because Petitioner has failed to make a substantial showing of the denial of a constitutional right or to demonstrate that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).[1]

---

[1] The Report and Recommendation states that "we do not believe a reasonable jurist would find the court to have erred in denying the present petition or that reasonable jurists would debate our determination that the claims asserted in Ground Three and Give [*sic*] of the petition were procedurally defaulted." (R&R at 17.) The Petition contains only one ground, and so we construe this recommendation to refer Ground One—whether the trial court's finding of contempt violated the Petitioner's 6th Amendment right to compulsory due process.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.